# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| EVAN DUNCAN, et al., <br>     Plaintiffs, <br><br> v. <br><br><br> JP MORGAN CHASE BANK, N.A., et al. <br>     Defendants. | Case No. 16-50887 <br><br> On Appeal from the United States District Court for the Western District of Texas, San Antonio Division <br><br> Case No. 5:14-cv-00912 <br><br> Honorable Samuel Fred Biery, Jr. |

## MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Robert W. Clore
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401
Tel: (361) 698-5200
Fax: (361) 698-5222
rclore@bandaslawfirm.com

*Attorney for Appellant Amirali Jabrani*

TO THE HONORABLE COURT OF APPEALS:

## Introduction

Pursuant to FED. R. APP. P. 26(b) and 5TH Cir. R. 31.4, Appellant Amirali Jabrani respectfully requests a Level 1 thirty (30) day extension of time to file his opening brief. This is Appellant's first request for an extension of time.

Appellant's opening brief is currently due on November 14, 2016. The grant of a 30-day extension by the Court would place the due date for Appellant's opening brief on or before December 14, 2016.

## Good Cause Exists for a 30 Day Extension

There is good cause for the extension. Appellant's counsel has substantial engagement in other litigation, including no fewer than four appellate briefs due in November, one due on the same date as the opening brief in this appeal.

Specifically, Appellant's counsel has an opening brief due in *Indirect Purchaser Plaintiffs, et al v. Toshiba*, United States Court of Appeals for the Ninth Circuit, No. 16-16371, on behalf of Appellant Sean Hull on the same date as the brief is due in this case, November 14, 2016.

Appellant's counsel also has a reply brief due in another case, *Martin Rivera v. Marathon Oil EF LLC, Helmerich & Payne International Drilling Co. and Christopher Trahan*, Thirteenth Court of Appeals, Texas, No. 13-16-00014-CV, on behalf of Appellant

Martin Rivera, due on or about November 21, 2016. Appellant has already obtained a 60 day extension to file the reply brief in that case.

Additionally, Appellant's counsel has an opening brief due on November 28, 2016 in another case, *Edward Schwartz, et al. v. Avis Rent a Car System, et al.*, in the United States Court of Appeals for the Third Circuit, Nos. 16-3012 and 16-3013, on behalf of Appellant Mark Ray.

Based on this extensive workload and other obligations, it will not be possible to file Appellant's opening brief and attendant record excerpts by the scheduled deadline of November 14, 2016, despite the exercise of diligence by Appellant's counsel. Appellant's counsel Robert Clore is the sole appellate lawyer in a firm consisting of three attorneys. Neither of the other two attorneys in the firm is available to prepare the aforementioned briefs.

Pursuant to 5th Cir. R. 27.1, Appellant's counsel contacted Plaintiffs-Appellees' counsel Ben Bingham via email, and he indicated Plaintiffs-Appellees oppose this motion. Appellant's counsel also contacted Defendant-Appellee's counsel Noah Adam Levine via email, and inquired whether this motion is opposed by Defendant-Appellee. As of the filing of this motion, Appellant's counsel has not received a reply from Mr. Levine.

## Conclusion & Prayer

Based on the foregoing, Appellant respectfully requests that this Court grant an extension of thirty days in which to file Appellant's opening brief.

Dated:  October 26, 2016                               Respectfully submitted,

By:     */s/ Robert Clore*
　　　　Robert Clore
　　　　BANDAS LAW FIRM, P.C.
　　　　500 North Shoreline Blvd., Suite 1020
　　　　Corpus Christi, Texas 78401
　　　　Tel: (361) 698-5200
　　　　Fax: (361) 698-5222
　　　　rclore@bandaslawfirm.com
　　　　*Attorney for Appellant Amirali Jabrani*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case.

　　　　　　　　　　　　　　　　　　　　/s/ *Robert Clore*
　　　　　　　　　　　　　　　　　　　　Robert Clore